UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, W
FEB 20 2013
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BERESFORD,<br><br>Defendant. | Criminal No. 5:13-CR-7 Bailey<br><br>Violations: 29 U.S.C. § 439(c) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

(Falsification of Union Records)

At all times material to this Indictment, the Plumbers AFL-CIO Local Union 83 was a labor organization in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j).

From in or about April of 2008 to in or about January of 2010, at or near Wheeling, Ohio County, West Virginia, within the Northern District of West Virginia, defendant, **JEFFERY BERESFORD,** did willfully make and cause to be made a false entry in records and statements required to be kept by any provision of Subchapter III, Chapter 11, Title 29 of the United States Code, which is to say that he willfully falsified and caused to be falsified his Plumbers AFL-CIO Local Union 83 mileage logs, which were required to be kept under Title 29, United States Code, Section 436,

IN VIOLATION OF TITLE 29, UNITED STATES CODE, SECTION 439(c).

_/s/ FOR_
WILLIAM J. IHLENFELD, II
United States Attorney